UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - -

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

RICARDO RIANO-YESCA,

      Defendant.

_____/       **<u>INDICTMENT</u>**

The Grand Jury charges:

## <u>COUNT 1</u>
(Alien Felon Reentry)

On or about September 4, 2024, in Kent County, in the Western District of Michigan, Southern Division,

RICARDO RIANO-YESCA,

being an alien who had previously been removed after having been convicted of a felony offense, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)
8 U.S.C. § 1326(b)(1)

## COUNT 2
(Possession of Unlawfully Obtained Documents)

On or about September 4, 2024, in Kent County, in the Western District of Michigan, Southern Division,

RICARDO RIANO-YESCA

knowingly possessed one or more documents prescribed by statute or regulation as evidence of authorized stay or employment in the United States, that is, a Permanent Resident card and a Social Security account number card, knowing them to have been falsely made or unlawfully obtained.

18 U.S.C. § 1546(a)
8 U.S.C. § 1324a(b)(1)(B)(ii), (C)(i)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_Donald Daniels_
DONALD DANIELS
Assistant United States Attorney